November 15, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

JAMES E. WHITTAKER, Appellant

NO. 14-11-00725-CR                     V.

U.S. MAIL SERVICE, Appellee

_____

Today the Court heard its own motion to dismiss this appeal for want of jurisdiction. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JAMES E. WHITTAKER.

We further order this decision certified below for observance.